✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 2 1 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CAMERON MILES SCRUGGS,<br>Defendant. | 2:26-CR-161-GMN-DJA<br>**Preliminary Order of Forfeiture** |

This Court finds Cameron Miles Scruggs pled guilty to Count One of a One-Count Criminal Information charging him with coercion and enticement in violation of 18 U.S.C. § 2422(b). Criminal Information, ECF No. __; Plea Agreement, ECF No. __; Arraignment & Plea, ECF No. __.

This Court finds Cameron Miles Scruggs agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __; Plea Agreement, ECF No. __; Arraignment & Plea, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which Cameron Miles Scruggs pled guilty.

The following property is any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b) and any property, real or personal, used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b) and is subject to forfeiture under 18 U.S.C. § 2428(a)(1) and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c):

1. Black Apple iPhone XR 64GB, Model No. A1984, Serial No. F72ZGPBBKXKN;
2. Google Pixel 8 Pro 256GB, Serial No. 38240DLJG002JM;
3. Samsung Galaxy A53 128GB, Model No. SM-A536U, Serial No. R5CT50VEH0L, containing one (1) Samsung 256GB micro SD card;
4. Blue Samsung Galaxy S10e, Model No. SM-G970U, Serial No. R38MA0C6TLM, containing one (1) Samsung EVO Select 512GB micro SD Card;
5. San Disk 128GB SD Card;
6. Dell Laptop Computer, Serial No. CKLSZW1, containing one (1) Samsung 1TB SATA SSD Hard Drive, Model No. MZ-77E1T0, Serial No. S75BNS0W503490J;
7. Generic Computer Tower, possible Serial No. HS2204150221, including one (1) Western Digital 1TB SSD SATA Hard Drive, Model No. WDS100T2B0A, Serial No. 213159805689;
8. Black Generic Computer Tower, Serial No. T230923A30147, including one (1) Western Digital 500GB M.2 SATA SSD Card, Model No. WDS500G3X0C, Serial No. 21107G802709; and
9. Black Generic Computer Tower, Serial No. MCMH500MINNNS001193700105, containing one (1) Phison 4TB M.2 SATA SSD Card, Model No. PS5016, Serial No. 511211213182

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

/ / /

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Cameron Miles Scruggs in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6). Notice is served on any individual or entity on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, within thirty (30) days of the final publication of notice on the official internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Mark J. McDonald
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Sept 21, 2026.

UNITED STATES DISTRICT JUDGE