228 South Fourth St., First Floor
Las Vegas, Nevada 89101
P: (702) 895-6760 • F: (702) 731-6910

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CAMERON MILES SCRUGGS,<br>Defendant. | Case No.: 2:26-cr-00161-DJA-1<br><br>**ORDER TO CONTINUE SENTENCING** |

**<u>FINDINGS OF FACT</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That this is the first sentencing continuance requested.
2. That there are several sentencing proceedings and other deadlines facing defense counsel clustering around the same span of time. Since this sentencing has not been continued, it is a prudent place to turn in adjusting scheduling conflicts.
3. That the parties and the Office of Probation consulted about the sentencing proceeding and agreed that a two-month extension would serve the best interests of all the relevant actors.
4. That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

228 South Fourth St., First Floor
Las Vegas, Nevada 89101
P: (702) 895-6760 • F: (702) 731-6910

**ORDER**

**IT IS THEREFORE AND HEREBY ORDERED**, that Sentencing and Disposition currently scheduled for January 5, 2027, at 9:00 a.m. be continued to the 10th day of March, 2027 at 9:00 a.m.

DATED this 2 day of November, 2026.

UNITED STATES DISTRICT JUDGE

United States of America v. Scruggs
2:26-cr-00161-GMN-DJA
Stipulation and Order to Continue Sentencing
(First Request)